| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Vivaldi Music Academy, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 5 – 5 6 0 1 8 6 5

4. **Debtor's address**  
   **Principal place of business**  
   3914 Gramercy St.  
   Number   Street  
   Suite B  
   
   Houston   TX   77025  
   City   State   ZIP Code  
   
   Harris  
   County  

   **Mailing address, if different from principal place of business**  
   Number   Street  
   P.O. Box  
   City   State   ZIP Code  

   **Location of principal assets, if different from principal place of business**  
   Number   Street  
   City   State   ZIP Code  

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Vivaldi Music Academy, LLC**                             Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
              District _____  When _____ (MM/DD/YYYY)  Case number _____
              District _____  When _____ (MM/DD/YYYY)  Case number _____

Debtor **Vivaldi Music Academy, LLC** _____   Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.   Debtor _____   Relationship _____
              District _____   When _____ MM / DD / YYYY
              Case number, if known _____

              Debtor _____   Relationship _____
              District _____   When _____ MM / DD / YYYY
              Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**
    _____
    Number    Street
    _____
    _____  ____  ____
    City              State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

**Statistical and adminstrative information**

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Vivaldi Music Academy, LLC**  Case number (if known) _____

### 14. Estimated number of creditors

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

### 15. Estimated assets

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/18/2019**
MM / DD / YYYY

X **/s/ Zeljko Pavlovic**    **Zeljko Pavlovic**
Signature of authorized representative of debtor    Printed name

Title **Manager**

### 18. Signature of attorney

X **/s/ Susan Tran**    Date **07/18/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Susan Tran**
Printed name
**Corral Tran Singh LLP**
Firm name
**1010 Lamar**
Number       Street
**Floor 11, Suite 1160**

**Houston**    **TX**    **77002**
City    State    ZIP Code

**(832) 975-7300**    **Susan.Tran@ctsattorneys.com**
Contact phone    Email address
**24075648**    **TX**
Bar number    State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vivaldi Music Academy, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Regions Bank<br>1900 Fifth Ave North<br>Birmingham, AL 35203 | | promissory note | | $340,542.00 | $0.00 | $340,542.00 |
| 2 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | Credit Card | | | | $134,531.00 |
| 3 | Accel Funding<br>116 Nassau Street<br>Suite 804<br>New York, NY 10038 | | Loan | | | | $110,000.00 |
| 4 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | Credit Card | | | | $29,368.00 |
| 5 | Kalamata Capital LLC<br> 7315 Wisconsin Ave # 950<br>Bethesda, MD 20814 | | merchant loan | | | | $21,285.00 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor   **Vivaldi Music Academy, LLC**                                    Case number (if known) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Pearl Capital Business Funding, LLC<br>525 Washington Blvd<br>22nd floor<br>Jersey City, NJ 07310 | | merchant loan | | | | $19,500.00 |
| 7 | Regions Bank<br>1900 Fifth Ave North<br>Birmingham, AL 35203 | | promissory note | | $394,731.00 | $376,854.00 | $17,877.00 |
| 8 | On Deck<br>901 N Stuart St<br>Arlington, VA 22203 | | merchant loan | | | | $16,131.00 |
| 9 | Suntrust Bank<br>SunTrust Bank, Special Handling<br>VA-RIC-9292<br>P.O. Box 27572<br>Richmond, VA 23261 | | Unsecured Loan | | | | $12,477.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Vivaldi Music Academy, LLC**   CASE NO

CHAPTER   **11**

**VERIFICATION OF CREDITOR MATRIX**

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/18/2019   Signature  /s/ Zeljko Pavlovic
                             *Zeljko Pavlovic*
                             *Manager*

Date   Signature

Accel Funding
116 Nassau Street
Suite 804
New York, NY 10038


American Express
P.O. Box 981537
El Paso, TX 79998


Kalamata Capital LLC
 7315 Wisconsin Ave #950
Bethesda, MD 20814


On Deck
901 N Stuart St
Arlington, VA 22203


Pearl Capital Business Funding, LLC
525 Washington Blvd 22nd floor
Jersey City, NJ 07310


Regions Bank
1900 Fifth Ave North
Birmingham, AL 35203


Robert S. McGinnis, Jr.
4102 Summerhill Road
Texarkana, TX 75503


Suntrust Bank
SunTrust Bank, Special Handling
VA-RIC-9292
P.O. Box 27572
Richmond, VA 23261

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                                CHAPTER    **11**

**Vivaldi Music Academy, LLC**

DEBTOR(S)                                       CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Zeljko Pavlovic<br>3838 N. Braeswood Blvd<br>Apt 401<br>Houston, TX 77025 | equity | | |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Manager** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/18/2019**                          Signature: **/s/ Zeljko Pavlovic**
                                                                              *Zeljko Pavlovic*
                                                                              **Manager**