| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 19-33978<br>Southern District of Texas<br>Houston<br>Thu Jul 18 17:22:05 CDT 2019 | Vivaldi Music Academy, LLC<br>3914 Gramercy St.<br>Suite B<br>Houston, TX 77025-1107 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Accel Funding<br>116 Nassau Street<br>Suite 804<br>New York, NY 10038-2481 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | Kalamata Capital LLC<br>7315 Wisconsin Ave #950<br>Bethesda, MD 20814-3202 |
| On Deck<br>901 N Stuart St<br>Arlington, VA 22203-4129 | Pearl Capital Business Funding, LLC<br>525 Washington Blvd 22nd floor<br>Jersey City, NJ 07310-2606 | Regions Bank<br>1900 Fifth Ave North<br>Birmingham, AL 35203-2670 |
| Robert S. McGinnis, Jr.<br>4102 Summerhill Road<br>Texarkana, TX 75503-2732 | Suntrust Bank<br>SunTrust Bank, Special Handling<br>VA-RIC-9292<br>P.O. Box 27572<br>Richmond, VA 23261-7572 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Susan Tran<br>Corral Tran Singh LLP<br>1010 Lamar<br>Suite 1160<br>Houston, TX 77002-1349 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total               12 | |