**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **VIVALDI MUSIC ACADEMY, LLC** § | | **Case No. 19-33978-H3** |
| § | | |
| **Debtor.** § | | **Chapter 11** |

**ORDER**
(Relates to Docket No. ___)

CAME ON for consideration the Emergency Motion for Order (i) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services and (ii) Establishing Procedures for Determining Requests for Additional Adequate Assurance (the "Motion"). It is hereby

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Utility providers be permitted to retain its pre-petition security deposits in lieu of receiving a new deposit.

3. Absent further Court order, all Utilities specified in **Exhibit 1** are prohibited from interfering with, disturbing, or discontinuing services to the Debtor on account of this bankruptcy case and/or any unpaid invoices for pre-petition services.

4. If any Utility is unsatisfied with the Debtor's proposed adequate assurance, it must (i) file a motion with the Bankruptcy Court specifically request additional adequate assurance and setting forth the basis for the request and (ii) set such motion no earlier than 30 days after the filing of the motion.

Reserved for Judge's Signature