**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **VIVALDI MUSIC ACADEMY, LLC** § | | **Case No. 19-33978-H3** |
| § | | |
| **Debtor.** § | | **Chapter 11** |

**INTERIM ORDER**
(Relates to Docket No. ___)

Came on for consideration the Emergency Motion for Interim Order Authorizing the Use of Existing (i) Cash Management System and (ii) Bank Accounts (the "Motion"). After considering the Motion and evidence, the Court finds that the requested relief should be granted on an interim basis. It is therefore,

**ORDERED THAT:**

1. The Debtor is authorized on an interim basis to maintain and use its current cash management system through its current bank accounts identified in the Motion. Prior to the final hearing, Debtor shall re-style the existing bank accounts as Debtor -in- Possession accounts or open new DIP accounts at an authorized bank.

2. The Debtor is authorized on an interim basis to continue its existing practices as to amounts required by law to be withheld or collected for taxes.

3. The Debtor may use its existing check stock on an interim basis.

4. The automatic stay of 11 U.S.C. § 362 remains in effect as to the banks at which the Debtor maintains its accounts.

5. The Debtor is authorized on an interim basis to continue to use existing books and records and shall not be required to establish new books and records as required by the United States Trustee's Operating Guidelines, provided that the Debtor make appropriate notations in its books and records to reflect the filing of its chapter 11 petition.

6. The Debtor will amend the signature cards for its bank accounts to reflect the status as debtor-in-possession and shall provide a copy of such to the United States Trustee.

Reserved for Judge's Signature