

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/19/2019

| | | |
|---|---|---|
| IN RE: | § | |
| VIVALDI MUSIC ACADEMY, LLC | § | CASE NO: 19-33978 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

**ORDER SETTING EMERGENCY VIDEO HEARINGS**

Emergency VIDEO hearings on Debtor's Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. §363( c) (II) Granting Adequate Protection for the Use of  Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral, [ECF No. 2], and on Debtor's Emergency Motion for Interim Order Authorizing the Use of Existing (I) Cash Management System and (II) Bank Accounts, [ECF No. 5], shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, Texas, 77002  on July 22, 2019 at 3:30 p.m. (Central Standard Time). Unless such hearing is an evidentiary hearing, telephonic participation shall be allowed.    Parties are instructed to utilize the call-in instructions for hearings before Judge Rodriguez as reflected in this Court's Procedures Section V. 2 which can be found on the Southern District of Texas Bankruptcy Court's web page.

Upon entry of this Order, the movant shall serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 07/19/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge