**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **VIVALDI MUSIC ACADEMY, LLC** § | | **Case No. 19-33978-H3** |
| § | | |
| **Debtor.** § | | **Chapter 11** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, the interested parties on the attached list were served the attached Order Setting Emergency Video Hearings on the Debtor's Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c) (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to the Use of Cash Collateral [ECF No. 2] and Debtor's Emergency Motion for Interim Order Authorizing the Use of Existing (I) Cash Management System and (II) Bank Accounts [ECF No. 5] via U.S. First Class mail, CMRRR, and/or notice via CM/ECF.

Dated: July 19, 2019

                                                   Respectfully submitted,

                                                   **CORRAL TRAN SINGH, LLP**

                                                   */s/Susan Tran*
                                                   Adam Corral | TBN: 24080404
                                                   Susan Tran | TBN: 24075648
                                                   Brendon Singh | TBN: 24075646
                                                   1010 LamarSt.,Suite1160
                                                   Houston TX 77002
                                                   Ph: (832) 975-7300
                                                   Fax: (832) 975-7301
                                                   Susan.Tran@ctsattorneys.com

                                                 **PROPOSED ATTORNEYS FOR DEBTOR**
                                                 **VIVALDI MUSIC ACADEMY, LLC**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/19/2019

| | | |
|---|---|---|
| IN RE: | § | |
| VIVALDI MUSIC ACADEMY, LLC | § | CASE NO: 19-33978 |
|     Debtor(s) | § | |
| | § | CHAPTER 11 |

**ORDER SETTING EMERGENCY VIDEO HEARINGS**

     Emergency VIDEO hearings on Debtor's Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. §363( c) (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral, [ECF No. 2], and on Debtor's Emergency Motion for Interim Order Authorizing the Use of Existing (I) Cash Management System and (II) Bank Accounts, [ECF No. 5], shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, Texas, 77002 on July 22, 2019 at 3:30 p.m. (Central Standard Time). Unless such hearing is an evidentiary hearing, telephonic participation shall be allowed. Parties are instructed to utilize the call-in instructions for hearings before Judge Rodriguez as reflected in this Court's Procedures Section V. 2 which can be found on the Southern District of Texas Bankruptcy Court's web page.

     Upon entry of this Order, the movant shall serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 07/19/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

```
Label Matrix for local noticing      Vivaldi Music Academy, LLC           4
0541-4                               3914 Gramercy St.                    United States Bankruptcy Court
Case 19-33978                        Suite B                              PO Box 61010
Southern District of Texas           Houston, TX 77025-1107               Houston, TX 77208-1010
Houston
Thu Jul 18 17:22:05 CDT 2019

Accel Funding                        American Express                     Kalamata Capital LLC
116 Nassau Street                    P.O. Box 981537                      7315 Wisconsin Ave #950
Suite 804                            El Paso, TX 79998-1537               Bethesda, MD 20814-3202
New York, NY 10038-2481


On Deck                              Pearl Capital Business Funding, LLC  Regions Bank
901 N Stuart St                      525 Washington Blvd 22nd floor       1900 Fifth Ave North
Arlington, VA 22203-4129             Jersey City, NJ 07310-2606           Birmingham, AL 35203-2670


Robert S. McGinnis, Jr.              Suntrust Bank                        US Trustee
4102 Summerhill Road                 SunTrust Bank, Special Handling      Office of the US Trustee
Texarkana, TX 75503-2732             VA-RIC-9292                          515 Rusk Ave
                                     P.O. Box 27572                       Ste 3516
                                     Richmond, VA 23261-7572              Houston, TX 77002-2604


Susan Tran                           End of Label Matrix
Corral Tran Singh LLP                Mailable recipients    12
1010 Lamar                           Bypassed recipients     0
Suite 1160                           Total                  12
Houston, TX 77002-1349
```