IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VIVALDI MUSIC ACADEMY, LLC | § | Case No. 19-33978-H3 |
| | § | |
| Debtor. | § | Chapter 11 |

**DEBTOR'S WITNESS & EXHIBIT LIST**

| WITNESSES: | |
|---|---|
| 1) Zeljko Pavlovic, Managing Member | Judge: Eduardo V. Rodriguez |
| | Hearing Date: July 22, 2019<br>Hearing Time: 3:30 p.m. |
| | Party's Name: Vivaldi Music Academy, LLC |
| | Attorney for Vivaldi Music Academy, LLC:<br>Susan Tran |
| | Nature of Proceeding(s):<br>1. Emergency Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c), (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [ECF No. 2]<br>2. Emergency Motion for Order Authorizing the Continued Use of Existing (I) Cash Management System and (II) Bank Accounts [ECF no. 5] |
| | |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Proposed Interim Budget | | | | |

Dated: July 19, 2019

**CORRAL TRAN SINGH, LLP**

By: /s/Susan Tran
Adam Corral | TBN: 24080404
Susan Tran | TBN: 24075648
Brendon Singh | TBN: 24075646
1010 Lamar St., Suite 1160
Houston TX 77002
Ph: (832) 975-7300
Fax: (832) 975-7301
Susan.Tran@ctsattorneys.com

**PROPOSED ATTORNEYS FOR
VIVALDI MUSIC ACADEMY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019 a true and correct copy of the foregoing document was served via the Court's ECF System on all parties requesting notice in this proceeding as well as the parties listed on the attached service list by regular mail.

By: /s/ Susan Tran
Susan Tran

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on July 19, 2019, by electronic delivery by the clerk of the Bankruptcy Court.

By: /s/ Susan Tran
Susan Tran

**Vivaldi Music Academy LLC's Interim Budget (monthly)**

| Item Description | | 7/18/2019 | 8/1/2019 | 9/1/2019 | 10/1/2019 |
|---|---|---|---|---|---|
| **CASH-IN** | | | | | |
| Customer Payments/Tuition | | $224,000 | $224,000 | $224,000 | $224,000 |
| AR-Cash in | | $0.00 | $0 | $0 | $0 |
| **Total Cash-in** | | $224,000 | $224,000 | $224,000 | $224,000 |
| **CASH-OUT** | | | | | |
| Insurance | | $4,520 | $4,520 | $4,520 | $4,520 |
| Utilities | | $10,800 | $10,800 | $10,800 | $10,800 |
| Maintenance | | | | | |
| Payroll benefits | | $2,536 | $2,536 | $2,536 | $2,536 |
| Payroll & payroll expenses | | $18,000 | $18,000 | $18,000 | $18,000 |
| Travel Expenses | | | $8,500 | $8,500 | $8,500 |
| office supplies, etc | | | | | |
| Professional Fees | | | | | $5,000 |
| Regions Bank Adequate Protection | | $1,500 | $1,500 | $1,500 | $1,500 |
| Other Adequate Protection Payments | | $1,500 | $1,500 | | |
| Rent | | | $28,155 | $28,155 | $28,155 |
| UST fees | | | | | $325 |
| **Total Cash out** | | $38,856.00 | $75,511 | $74,011 | $79,336 |
| *CASH-IN LESS CASH-OUT* | | $185,144.00 | $148,489 | $149,989 | $144,664 |
| **Net Cummulative** | | **$185,144.00** | **$148,489** | **$149,989** | **$144,664** |